JACOB KENT, Respondent, *v.* JACOB CROUSE, Appellant.

(Submitted December 23, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 29, 1890, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*M. M. Waters* for appellant.

*Franklin Pierce* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed. _____